In the Matter of JOHN I. DE KORTE, Doing Business as MILANVILLE DAIRY, Respondent, against C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Appellant.

Argued October 11, 1948; decided October 22, 1948.

*Robert G. Blabey* and *Donald L. Brush* for appellant.

*Herbert L. Maltinsky, Michael F. Dennis* and *Harry L. Marcus* for respondent.

Appeal dismissed, without costs. Neither the Commissioner nor the Appellate Division made any determination of the issue as to whether the granting of the license applied for would tend to a destructive competition in a market already adequately served (Agriculture and Markets Law, § 258-c). Hence the order does not finally determine the proceeding within the meaning of the Constitution. (Cf. *Matter of Rochester Gas & Electric Corp.* v. *Maltbie,* 298 N. Y. 103.) No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye and Fuld, JJ. Taking no part: Thacher, J.